UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID BAUER, )
         Plaintiff. )
  v. )
      ) Case No. 8:13-cv-304-VMC-AEP
DYNAMIC RECOVERY )
SOLUTIONS, LLC )
    )
         Defendant. )
_____)

### NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending in this cause have been resolved to the parties' satisfaction.

Accordingly, Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete all settlement arrangements, during which time Plaintiff requests that the Court retain jurisdiction over this matter until fully resolved.

Unless Defendant should move to reinstate the case or seek other Court intervention in the next sixty (60)days, Plaintiff requests that the Court dismiss this case with prejudice in sixty (60) days.

### CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2013, this *NOTICE OF SETTLEMENT* was filed with this Court using the CM/ECF system, which will serve a copy of same on all counsel of record.

          s/ Eugene P. Castagliuolo
         Eugene P. Castagliuolo, Esquire
         Florida Bar Number: 104360
         ***CASTAGLIUOLO LAW, P. A.***
         801 West Bay Drive Suite 301
         Largo, FL   33770
         (727) 712-3333
         Eugene@TampaConsumerLawyer.com
         *Attorney for Plaintiff DAVID BAUER*